**Early Term**
**SDIL (12/05)**

# United States District Court
## for
## Southern District of Illinois

### Request for Early Termination of Supervision



FILED

OCT 2 6 2009

G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

Name of Offender:    David A. Windle                    Docket Number:  0754 4:03CR40027-001

Name of Sentencing Judicial Officer:  Honorable James L. Foreman

Nate of Reassigned Judicial Officer: Honorable G. Patrick Murphy

Date of Original Sentence: February 25, 2004

Original Offense: Possession of Materials Used to Manufacture Methamphetamine (Ct. 1), Felon in Possession of a Firearm (Ct. 2)

Original Sentence: 57 months Bureau of Prisons; 3 years' Supervised Release

Type of Supervision:  Supervised Release                    Date Supervision Commenced: May 9, 2007

Assistant U.S. Attorney: Dierdre Durborow                    Defense Attorney: Daniel G. Cronin

## PETITIONING THE COURT

For early discharge of the defendant from supervised release pursuant to 18 U.S.C. § 3583(e)(1)

### COMPLIANCE WITH CONDITIONS OF SUPERVISION

The defendant has complied with all statutory and standard conditions of supervision, including the completion of the mandatory drug testing provision. Furthermore, the following special conditions of supervision were adhered to and/or addressed:

Substance Abuse Treatment

Mental Health Treatment

Search Condition

No New Credit

Financial Disclosure

Months in Community Since Last Difficulty*:   NA

*For purposes of this petition "difficulty" is defined as (1) any indication of new criminal behavior,  (2) any violation of supervision that requires judicial notification, or (3) any significant pattern of noncompliant behavior.

## CRIMINAL MONETARY PENALTIES

The defendant was ordered to pay the following:

| Financial Penalty | Ordered Amount | Current Balance |
|---|---|---|
| Special Assessment: | $200 | $0 |
| Fine | $250 | $0 |
| Restitution | NA | NA |

## GOVERNMENT'S RESPONSE

Assistant U.S. Attorney Dierdre Durborow has no objection to the Court being petitioned to discharge the offender from supervision.

## U.S. Probation Officer Recommendation:

The offender has maintained stable residence and employment since his release from the Bureau of Prisons. He successfully completed substance abuse treatment, and all urinalysis testing has been negative for the use of illicit substances.

Inasmuch as the defendant has satisfied or complied with all conditions and is no longer in need of supervision, it is accordingly recommended that the defendant be discharged from supervised release.

Respectfully submitted,

by _____

Mark D. Hanson
Sr. U.S. Probation Officer
Date: October 16, 2009

MDH/jlw

THE COURT ORDERS:

[ ✓ ]   Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.
[ ]   The Issuance of a Summons
[ ]   Resubmit request for early termination of supervision at a later date
[ ]   Other Action _____

_____
Signature of Judicial Officer

10/26/09
Date